IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHERYL WEST,

        Plaintiff,

  v.

BROOKDALE SENIOR LIVING
COMMUNITIES, INC., a Delaware
Corporation, d/b/a WYNWOOD OF
FOREST GROVE,

        Defendant.

Case No. 3:13-cv-01567-SB

**ORDER**

It is ORDERED that the parties' Stipulated Request (Motion) for Dismissal [35] is GRANTED and that this action is DISMISSED with prejudice and with each party to bear its own costs and expenses.

DATED this 20 day of February, 2015.

MICHAEL W. MOSMAN
United States District Judge

1 -- ORDER